Minyard Cass DAVIS, Plaintiff-Appellant,

v.

William B. WATSON, Sheriff; Taylor, Deputy Sheriff; Faulk, Deputy Sheriff; M. Davis, Deputy Sheriff, Defendants-Appellees.

No. 15-7953

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: May 31, 2016

Minyard Cass Davis, Appellant Pro Se. Lisa Ehrich, Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Minyard Cass Davis appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motions to dismiss and dismissing Davis' 42 U.S.C. § 1983 (2012) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Davis v. Watson, No. 2:15-cv-00146-

RAJ-DEM (E.D. Va. Nov. 17, 2015). We deny Davis' motion for oral argument via videoconference. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED